JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE FIRST SURGICAL CENTER, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, in its capacity as Administrator of the National Automatic Sprinkler Industry Welfare Fund Benefit Plan; NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND HEALTH BENEFIT PLAN,<br><br>　　　　Defendants. | Case No.  2:12-CV-6901 DDP (PLA)<br><br>**ORDER DISMISSING ACTION <u>WITH</u> PREJUDICE** |

-1-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1     Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, <u>with</u> prejudice, as to defendants National Automatic Sprinkler Industry Welfare Fund, and National Automatic Sprinkler Industry Welfare Fund Health Benefit Plan

    The Court shall retain jurisdiction over this action for all matters relating to the parties' performance under and enforcement of the confidential October 15, 2012, settlement agreement between them.

    Each party shall bear its own fees and costs.

DATED: October 29, 2012

*/s/ Dean D. Pregerson*

HONORABLE  DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE