JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARE FIRST SURGICAL CENTER, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND, in its capacity as Administrator of the National Automatic Sprinkler Industry Welfare Fund Benefit Plan; NATIONAL AUTOMATIC SPRINKLER INDUSTRY WELFARE FUND HEALTH BENEFIT PLAN,<br><br>    Defendants. | Case No.  2:12-CV-6901 DDP (PLA)<br><br>**ORDER DISMISSING ACTION <u>WITH</u> PREJUDICE** |

-1-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

1    Pursuant to the stipulation of the parties, the above-entitled action is hereby
2 dismissed, <u>with</u> prejudice, as to defendants National Automatic Sprinkler Industry
3 Welfare Fund, and National Automatic Sprinkler Industry Welfare Fund Health
4 Benefit Plan
5    The Court shall retain jurisdiction over this action for all matters relating to
6 the parties' performance under and enforcement of the confidential October 15,
7 2012, settlement agreement between them.
8    Each party shall bear its own fees and costs.
9
10 DATED: October 29, 2012
11
12                           HONORABLE  DEAN D. PREGERSON
                             UNITED STATES DISTRICT JUDGE
13

-2-
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE